The court on this day, November 19, 2007, has withdrawn this opinion and
judgment dated November 15, 2007, and entered an order dated November 19, 2007











 
 
 The court on this day, November 19, 2007, has withdrawn
 this opinion and judgment dated November 15, 2007, and entered an order dated
 November 19, 2007.
  
 
 







 
 
  
 
 




Opinion filed November 15,
2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00325-CR

                                                    __________

 

                        MICHAEL
MARCELLAS WILLIAMS, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 238th District Court

 

                                                         Midland
County, Texas

 

                                                 Trial
Court Cause No. CR33549

 



 

                                                                   O
P I N I O N

Michael
Marcellas Williams was convicted of aggravated assault and sentenced to
confinement for fifteen years.  We dismiss.

The
trial court sentenced him to confinement for fifteen years on August 8, 2007;
he did not file a motion for new trial; and he filed his pro se notice of
appeal on October 18, 2007.  On November 2, 2007, the clerk of this court wrote
the parties advising them that it appeared appellant had not timely perfected an
appeal and directing appellant to respond showing grounds for continuing the
appeal.








Appellant
has responded by filing in this court on November 7, 2007, a pro se motion for
an out-of-time appeal.  Appellant acknowledges that his notice of appeal is not
timely.

Pursusant
to Tex. R. App. P. 26.2 and 26.3,
neither appellant=s
notice of appeal nor motion for extension of time is timely.  Absent a timely
notice of appeal or compliance with Rule 26.3, this court lacks jurisdiction to
entertain an appeal.  Slaton v. State, 981 S.W.2d 208 (Tex. Crim. App.
1998); Olivo v. State, 918 S.W.2d 519 (Tex. Crim. App. 1996); Rodarte
v. State, 860 S.W.2d 108 (Tex. Crim. App. 1993); Shute v. State, 744
S.W.2d 96 (Tex. Crim. App. 1988).  Appellant may be able to secure an out-of-time appeal by filing a
postconviction writ pursuant to Tex.
Code Crim. Proc. Ann. art. 11.07 (Vernon. Supp. 2007).

The motion is overruled, and the
appeal is dismissed for want of jurisdiction.

 

PER CURIAM

 

November 15, 2007

Do not publish.  See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.